IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CASEY CROSSER, individually and on behalf of his minor children, S. C., C. C., and E. C.,<br><br>Plaintiffs,<br><br>v.<br><br>EMR EXPRESS, INC. and JOHNATHAN MATEL,<br>Defendants. | No. 1:23-cv-02362-STA-jay |

### ORDER REQUIRING HEARING ON MOTION TO APPROVE COMPROMISE SETTLEMENT OF CLAIM FOR PERSONAL INJURY TO MINOR PLAINTIFFS

The Parties have jointly moved the Court, pursuant to Tenn. Code Ann. Section 29-34-105, to approve settlements for Minor Children S.C., C.C., and E.C. Before approving the settlements, the Court finds it necessary and in the best interest of the Minor Children to hear testimony from the father of the Minor Children, as well as from S.C. (age 17) and C.C. (age 15). The parties should provide to the Court copies of any medical depositions and other documents related to the likelihood for the need of future treatment or medical care for the Minor Children three (3) days prior to the hearing. A hearing on the motion for approval of the minor settlement will be set by separate notice.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: August 12, 2024