# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**CASEY CROSSER,**                                    **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**vs.**

**EMR EXPRESS, INC., ET AL.,**                        **CASE NO: 23-2362-STA-jay**

    **Defendants.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION of Dismissal** entered on October 30, 2024, this cause is hereby DISMISSED with prejudice.

                                                  **APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 11/1/2024**                           **Wendy R. Oliver**
                                                 **Clerk of Court**

                                                  **s/Maurice B. BRYSON**

                                                 **(By)   Deputy Clerk**